# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-0447-DMS-6 |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL AND ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE AS TO ALEXIS MADRIGAL TARAZON** |
| ALEXIS MADRIGAL TARAZON (6), | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States' unopposed motion to dismiss the Information in the above-referenced matter (Dkt. No. 121) as to Defendant Alexis Madrigal Tarazon pursuant to Federal Rule of Criminal Procedure 48(a) and the terms of the parties' plea agreement is granted.

IT IS SO ORDERED.

DATED: November 4, 2024

_____
HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE